No. 12–0287/NA.  U.S. v. Michael D. Silverstein.  CCA 201100407.  On consideration of Appellant's petition for reconsideration of this Court's order issued on March 13, 2012, it is ordered that said petition for reconsideration is hereby denied.

No. 12–0206/AR.  U.S. v. Tommie L. Olds.  CCA 20091044.  On consideration of the motions filed by United States Army Appellate Defense Division to withdraw as appellate defense counsel and to provide additional information concerning the motion to withdraw, it is ordered that said motions are hereby granted.

No. 12–0365/AR.  U.S. v. Joshua J. Wright.  CCA 20101001.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 9, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–6002/AF.  U.S. v. Darren N. Hathorne.  CCA 2011–02.  On consideration of Appellant's motion to exclude Appendices A, B, C and D from Appellee's answer, it is ordered that said motion is hereby denied as to Appendix A, but is granted as to Appendices B, C, and D without prejudice to Appellee's filing a motion to supplement the record under Rule 30A, Rules of Practice and Procedure.

No. 11–0362/AR.  U.S. v. Thomas G. Gentry.  CCA 20080985.  Review granted on the following issue:

WHETHER IN LIGHT OF *UNITED STATES v. FOSLER*, THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE UNDER ARTICLE 134.

No briefs will be filed under Rule 25.